IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:24-cr-193 |
| v. | ) | |
| | ) | Judge Holmes |
| JAMES MARSHALL BAKER | ) | |

## MOTION FOR DETENTION HEARING AND DETENTION

The United States of America, by and through Thomas J. Jaworski, Acting United States Attorney, and Monica R. Morrison, Assistant United States Attorney for the Middle District of Tennessee, requests a hearing pursuant to 18 U.S.C. § 3142(f)(1)(A), which mandates a hearing upon motion of the United States in a case that involves a crime of violence.

In this case, the Defendant was indicted on November 6, 2024, on one count, under chapter 110, for Receipt of Child Pornography with a Prior Conviction, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1). Pursuant to 18 U.S.C. § 3156(a)(4)(C), the term "crime of violence," as used in 18 U.S.C. § 3142(f)(1)(A), includes any felony under chapter 109A, 110, or 117. Therefore, the United States is entitled to a detention hearing in this case.

The United States further moves that the Court detain the Defendant unless he is able to overcome the rebuttable presumption, pursuant to 18 U.S.C. § 3142(e)(3)(E), that no conditions, or combination of conditions, will reasonably assure his presence in court or the safety of the community since the Grand Jury found there was probable cause to believe that the Defendant committed an offense under 18 U.S.C. § 2252.

The Defendant is a registered sex offender, who was released from prison in March 2024 following his 2020 conviction for Sexual Exploitation of a Minor. The Federal Bureau of Investigation ("FBI") contacted the Defendant in September 2024 after he was intercepted

communicating with an FBI online covert employee ("OCE") on an online social media application. In those communications with the OCE, the Defendant claimed he was sexually abusing his minor daughter. During his subsequent contact with the FBI, the Defendant admitted, since his release from prison, he used his cell phone to download child sexual abuse material (i.e., child pornography). After the FBI searched the Defendant's cell phone pursuant to a federal search warrant, child sexual abuse material was located on the Defendant's phone.

The United States further moves for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

THOMAS J. JAWORKSI
Acting United States Attorney for the
Middle District of Tennessee

/s/ *Monica R. Morrison*
MONICA R. MORRISON
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served on defense counsel at or before the time of the initial appearance in this case.

On this, the 12th day of November 2024.

/s/ *Monica R. Morrison*
MONICA R. MORRISON

2